# United States Court of Appeals
## For the First Circuit

Nos. 24-1881, 24-1882

UNITED STATES,

Appellee,

v.

MARCUS MELLO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on January 7, 2026, is amended as follows:

On page 22, n.9, line 4, insert "not" before "make such a finding."